# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**  **PLAINTIFF**

**VS.**  **CRIMINAL ACTION NUMBER: 3:21-MJ-29**

**MICHAEL SPARKS**

**DEFENDANT**

## ORDER

The above-styled case was scheduled for a preliminary hearing on January 22, 2021 on a Complaint from the District of Columbia (Case Number 1:21MJ-98). On January 21, 2021, the defendant filed a Waiver of Rule 5 Hearing (DN 4). Per the waiver, the defendant waived his right to a preliminary hearing in this district and requested that a preliminary hearing be held in the prosecuting district.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant shall report to District of Columbia for further proceedings on **January 28, 2021 at 1:00 p.m**. via video conference. The undersigned's Case Manager will provide the Zoom link to counsel via email.

January 22, 2021

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel, USM, USDC-D.C.